App. Div.]          First Department, October, 1912.

The People of the State of New York ex rel. James F. Duhamel, Respondent, v. Joseph Nicchia, Appellant, and Others, Defendants.— Order affirmed, without costs.  No opinion.  Burr, Thomas, Carr, Woodward and Rich, JJ., concurred.

The People of the State of New York ex rel. James F. Duhamel, Respondent, v. Joseph Nicchia, Appellant, and Others, Defendants.— Motion for reargument denied, without costs.  Present— Burr, Thomas, Carr and Woodward, JJ.

---

## FIRST DEPARTMENT, OCTOBER, 1912.

WILLIAM F. CODY and GORDON W. LILLIE, Appellants, v. PATRICK A. POWERS and PLINY P. CRAFT, Respondents.

Appeal from an order of the Special Term, entered on the 13th day of June, 1912, denying a motion for a preliminary injunction.

PER CURIAM: Without expressing an opinion on the merits as to the right of the plaintiffs to an injunction after trial, we think this order should be affirmed.  The order should be affirmed, with ten dollars costs and disbursements.  Present — Ingraham, P. J., McLaughlin, Clarke and Scott, JJ.  Order affirmed, with ten dollars costs and disbursements.

---

ADOLPH HIRSH, Respondent, v. DAVID H. BLAIR and WALTER BLAIR, a Copartnership, etc., Appellants.

SOPHIE HIRSH, Respondent, v. DAVID H. BLAIR and WALTER BLAIR, a Copartnership, etc., Appellants.

Appeal in each case from an order, entered on the 3d day of September, 1912, denying a motion to vacate an order for the examination of the defendants before trial.

PER CURIAM: The orders appealed from should be reversed, with ten dollars costs and disbursements, and the motions to vacate the orders for the examination of the defendants before trial granted, upon the ground that the examination is directed to facts which will only be material upon an accounting if one is ordered.  Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.  Laughlin, J., dissented.  Orders reversed, with ten dollars costs and disbursements and motion granted.

---

BUSINESS MEN'S REALTY COMPANY, Respondent, v. THE COMET COMPANY and Others, Appellants.

*Practice — denial of motion for judgment on pleadings — demurrer to separate defense — contract — agreement to release from obligations — failure to perform conditions — readiness to perform insufficient — pleading.*

Appeal from an interlocutory judgment, entered on the 20th day of March, 1912.

Judgment affirmed, with costs, with leave to defendants to amend on payment of costs, on opinion of Page, J., at Special Term.